ALIHASSAN *v.* ALLIANCE BOARD OF ZONING APPEALS ET AL., APPELLEES.

[Cite as *Alihassan v. Alliance Bd. of Zoning Appeals* (2002), 94 Ohio St.3d 1249.]

(No. 01–238—Submitted February 5, 2002—Decided March 27, 2002.)

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

**COOK, J., dissenting.** Because I would reverse the judgment of the court of appeals and remand the cause for dismissal, I respectfully dissent.

*Kahn, Kleinman, Yanowitz & Arnson Co., L.P.A., Sheldon Berns* and *Benjamin J. Ockner,* for appellant.

*Andrew L. Zumbar,* Alliance Law Director, for appellees Alliance Board of Zoning Appeals, Warren Price, Alliance City Planning Commission, Bob Sanderson, and Ronald L. Russell.

*Dennis R. Clunk,* for appellee Mount Union College.